**01–1144. State ex rel. Gauvey v. Indus. Comm.**
Franklin App. No. 00AP–979. Reported at 94 Ohio St.3d 38, 759 N.E.2d 1255. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**01–1926. State v. Hensley.**
Lorain App. No. 01CA007796. Reported at 94 Ohio St.3d 1431, 761 N.E.2d 47. On motion for reconsideration. Motion denied.

**01–1961. B&T Express, Inc. v. Pub. Util. Comm.**
Franklin App. No. 01AP–154. Reported at 94 Ohio St.3d 1432, 761 N.E.2d 48, *sub nom. In re B&T Express, Inc.*, Franklin App. No. 01AP–154. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**01–1986. State v. Ferko.**
Summit App. No. 20608. Reported at 94 Ohio St.3d 1433, 761 N.E.2d 48. On motion for reconsideration. Motion denied.

COOK, J., dissents.

**01–1989. State ex rel. Dougherty v. Stark–Tuscarawas–Wayne Joint Solid Waste Mgt. Dist.**
In Mandamus. Reported at 94 Ohio St.3d 1425, 761 N.E.2d 43. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

**01–1991. Snow v. Brown.**
Franklin App. No. 01AP–243. Reported at 94 Ohio St.3d 1433, 761 N.E.2d 48. On amended motion for reconsideration. Motion denied.

**01–1995. State v. Brooks.**
Franklin App. No. 00AP–1440. Reported at 94 Ohio St.3d 1433, 761 N.E.2d 48. On motion for reconsideration. Motion denied.

**01–2054. State ex rel. Commt. for the Referendum of Ordinance No. 3621–00 v. White.**
In Mandamus. Reported at 94 Ohio St.3d 1425, 761 N.E.2d 43. On motion for reconsideration and motion to clarify court order/decision. Motions denied.

*Tuesday, March 5, 2002*

## MOTION AND PROCEDURAL RULINGS

**87–192. State v. Coleman.**
Hamilton App. No. C–850340. Upon consideration of appellee's renewed motion to set execution date,

IT IS ORDERED by the court that the motion to set execution date be, and hereby is, granted.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Friday, the 26th day of April, 2002, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

**01–99. State v. Walls.**
Butler App. No. CA99–10–174. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. On February 27, 2002, *amicus curiae*, Ohio Public Defender, filed an *amicus* memorandum in opposition to appellee's motion to strike. Whereas there is no provision in the Rules of Practice permitting an *amicus curiae* to file a memorandum in opposition to a motion without prior leave of this court,

IT IS ORDERED by the court, *sua sponte*, that the *amicus* memorandum in opposition to the motion to strike be, and hereby is, stricken.